UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JERRY M. BURGIN, JR.,<br><br>        Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>        Defendant. | No.   2:13-CV-3103-SAB<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The matter is **REVERSED and REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED:  November 14, 2014

                                SEAN F. McAVOY
                                Clerk of Court

                        By:  *s/Cora Vargas*
                                Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**